|   |   |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | MATTHEW CHOU (CABN 325199)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6511 |
| 7 | FAX: (415) 436-7234<br>matthew.chou2@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:24-mj-70635-MAG |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER STAYING ORDER GRANTING RELEASE OF DEFENDANT |
| v. | ) |
| NATHANIAL ALFONSO BURKE, | ) |
| Defendant. | ) |

For good cause shown, the United States' motion for a stay of Magistrate Judge Sallie Kim's order granting release to defendant Nathanial Alfonso Burke in the above-captioned case is GRANTED. The release order is STAYED until May 3, 2024, when the parties will appear before the Court. It is further ORDERED that defendant is to remain in custody of the United States Marshals Service until further order of this Court.

Dated: May 1, 2024

_____
HONORABLE VINCE CHHABRIA
United States District Judge

U.S.' EMERGENCY MOT. TO REVOKE AND STAY  16
3:24-mj-70635-MAG