UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>	Plaintiff,<br><br>v.<br><br>NATHANIAL ALFONSO BURKE,<br><br>	Defendant. | Case No. 24-mj-70635-MAG-1 (VC)<br><br>**ORDER FOR DETENTION PENDING TRIAL**<br><br>Re: Dkt. No. 14 |

Even if there were no presumption in favor of detention, the Court would, for the reasons discussed at the hearing, conclude that no set of pretrial release conditions would reasonably assure the safety of the community. Accordingly, the defendant will be detained pending trial.

**IT IS SO ORDERED.**

Dated: May 6, 2024

_____
VINCE CHHABRIA
United States District Judge